ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 2 3 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
|---|---|---|
| v. | : | NO. 1:05CR393 |
| SIMEON VELASQUEZ a/k/a Chino | : | |

THE GRAND JURY CHARGES THAT:

On or about November 4, 2004, in the Northern District of Georgia, in the United States Penitentiary-Atlanta, a place within the special maritime and territorial jurisdiction of the United States, defendant SIMEON VELASQUEZ, a/k/a Chino, willfully, deliberately, maliciously, and with premeditation and malice aforethought unlawfully killed R.R. by stabbing him with a bladed object, in violation of 18 U.S.C. § 1111.

A ____True____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
ROBERT C.I. McBURNEY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
V: 404-581-6184/F: 404-581-6181
GA Bar #: 481070