AO 187 (Rev. 7/87) Exhibit and Witness List

ORIGINAL

# United States District Court

DISTRICT OF Georgia
Northern
USA

## EXHIBIT AND WITNESS LIST

v.

Simeon Velasquez

CASE NUMBER: 1:05-CR-393-RWS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet F. King | Scott Hulsey | Millie Dunn |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Oct. 3, 2006 | | Lavonia Wade-Childs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant Witnesses: |
| | 1. | 10/3/06 | | | Ray E. Johnson, S.A. FBI |
| | 2. | 10/3/06 | | | Clayton S. Kellum, Lt. USP |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 03 2006

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages